**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1685**

———————

BARBARA SCHWARZ,

Plaintiff - Appellant,

versus

UNITED STATES PAROLE COMMISSION; FEDERAL
BUREAU OF PRISONS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
98-154-PJM)

———————

Submitted: July 2, 1998          Decided: July 22, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Barbara Schwarz, Appellant Pro Se. Larry David Adams, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barbara Schwarz appeals a district court order granting Defendants summary judgment in an action filed under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Schwarz v. United States Parole Comm'n, No. CA-98-154-PJM (D. Md. May 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2